[Civil No. 878.]

W. S. BOYD, Appellant, v. MONTE CRISTO MINING
COMPANY, Appellee.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai. Richard E. Sloan,
Judge.

E. M. Sanford, for Appellant.

No appearance for Appellee.

October 29, 1904. Dismissed on short transcript.

# REPORTS OF CASES

DETERMINED IN

# THE SUPREME COURT

OF THE

## TERRITORY OF ARIZONA

### DURING THE YEAR 1905.